■ JOSEPH FEDELE et al., Respondents, v PETER ACKERMAN et al., Appellants. [799 NYS2d 448]—

Order, Supreme Court, New York County (Karla Moskowitz, J.), entered September 30, 2004, which, insofar as appealed from, denied that part of defendants' cross motion to dismiss the action or, in the alternative, to stay the action pending arbitration, unanimously modified, on the law and the facts, to grant the cross motion to the extent of staying the action pending the outcome of the pending arbitration under plaintiff's employment agreement with defendant Fresh Direct Holdings, Inc., and otherwise affirmed, without costs.

Given that many of plaintiff's claims herein for breach of the

shareholders' agreement, which does not have an arbitration clause, are inextricably related to plaintiff's employment agreement, which does have a broad arbitration clause, the motion court should have stayed this action pending the outcome of the pending arbitration so as to avoid the possibility of inconsistent findings related to the termination of plaintiff's employment. Concur—Andrias, J.P., Saxe, Sullivan, Ellerin and Williams, JJ.